UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Willie Marvin Williams, ) | C/A No. 9:25-12987-SAL-MHC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| Warden J. Nance, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The Respondent, above-named, by and through the undersigned attorneys, would respectfully move this Court, pursuant to Rule 56(b) F.R.C.P., for judgment on the pleadings, or in the alternative, for summary judgment based on the pleadings.

Respectfully submitted,

ALAN WILSON
Attorney General

DONALD J. ZELENKA
Deputy Attorney General

MELODY J. BROWN
Senior Assistant Deputy Attorney General

P. SANDERS LINKER
Assistant Attorney General
Fed. ID No. 14635

By:   *s/P. Sanders Linker*
      **ATTORNEYS FOR RESPONDENT**

January 23, 2026.