Willie Marvin Williams    167044
Tyger River Correctional Institution
200 Prison Road
Enoree, S.C. 29335

2026 FEB 10 AM 9:11
RCVD - USDC - CHAS, SC

Clerk of Court
U.S. District Court
P.O. Box 835
Charleston S.C. 29404

RE: Williams v. Nance Motion in Opposition to Summary Judgment


Dear Honorable Clerk:

   On today, February 3, 2024 I received a Rosboro Order from the Court informing me that I have a due date of 2/26/26 to file a response to the Respondent's Motion for Summary Judgment. However, I had also received in the filing from the respondent, information that I had until 2/06/26 to file my response. To be sure, please find the enclosed Response to the Respondent's Motion for Summary Judgment along with Certificate of Service I would also like to inform you that I intend to submit a cross-motion for summary judgment in the before the due date on the Roseboro Order

   Also, I want to inform you that I received the respondent's Memorandum of Law in Support for Summary Judgment marked "1 of 2" which contained the Memorandum of Law in support for Summary Judgment (1) day after I received the initial mail marked '2 of 2'. All over a week after the date that the Certificate of Service claimed it served me.

Thank you for your time.    /s/ Willie M. Williams
                            WILLIE MARVIN WILLIAMS
                            SCDC# 167044