**Other Orders/Judgments**
9:25-cv-12987-SAL-MHC
Williams v. Nance

MHC-Inmate,PROSE

RCVD - USDC - CHAS, SC
2026 FEB 10 AM 9:11

## U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**

The following transaction was entered on 1/26/2026 at 2:41 PM EST and filed on 1/26/2026
**Case Name:**       Williams v. Nance
**Case Number:**     9:25-cv-12987-SAL-MHC
**Filer:**
**Document Number:** 19

Docket Text:
**ROSEBORO ORDER directing clerk to forward summary judgment explanation to the opposing party and directing that party to respond in 31 days. Response due to [18] MOTION for Summary Judgment by 2/26/2026. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Signed by Magistrate Judge Molly H Cherry on 1/26/2026. (agaz, )**


**9:25-cv-12987-SAL-MHC Notice has been electronically mailed to:**

Melody Jane Brown     mbrown@scag.gov, abennett@scag.gov

Paul Sanders Linker, Jr    paullinker@scag.gov, DDAlessio@scag.gov

**9:25-cv-12987-SAL-MHC Notice will not be electronically mailed to:**

Willie Marvin Williams
167044
Tyger River Correctional Inst.
200 Prison Road, Upper Yard
Enoree, SC 29335

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=1/26/2026] [FileNumber=12945141-0] [76ef65c41da176e370e6e43117c9a4b8ca3a329d8666f5b59ea85bad57c72862e6 3c6545ba400bb8c3c75a0c4334c73de7059d212f4772070a9396726ff3d6b9]]