RCVD - USDC - CHAS, SC
2026 FEB 10 AM9:11

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Willie Marvin Williams, ) | C/A No.: 9:25-12987-SAL-MHC |
| Petitioner, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| Warden J Nance, ) | |
| Respondent ) | |

The undersigned hereby certifies he has served a true and correct copy of the foregoing Response in Opposition to Respondent's Motion for Summary Judgment upon the Respondent's counsel in this matter on the persons whose names and addresses appear below This was done by placing the aforesaid in properly addressed, first-class postage affixed envelopes and placed in the U.S. Mail this 5 day of February, 2006.

Respectfully Submitted,

/s/ Willie M. Williams
Willie Marvin Williams
Petitioner, pro se

RECEIVED
FEB 05 2026
TYGER RIVER MAILROOM

Those Served:

Clerk of Court
U.S. District Court of S.C
P.O Box 835
Charleston, S.C. 29404

Paul Sanders Linker
Attorney General's Office
P.O. Box 11549
Columbia, S.C  29211-1549