Willie Marvin Williams, #167044-10B, 216A
Tyger River Correctional Institution
200 Prison Road Upper Yard
Enoree, South Carolina 29335





RECEIVED
FEB 05 2026
TYGER RIVER MAILROOM

ITEM X-RAYED BY
USMS

2/10/26 KM

RCVD - USDC - CHAS, SC
2026 FEB 10 AM 9:10

Clerk of Court
U.S. District Court of S.C.
P.O. Box 835
Charleston, S.C. 29402

